**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 394 MAL 2018

                       Respondent                  :

                                        :    Petition for Allowance of Appeal from

                                        :    the Order of the Superior Court

                     v.                       :

                                        :

ANTHONY M. BUNTON,                :

                                        :

                     Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 20th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.